UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES of the LOCAL 1964 I.L.A. HEALTH & INSURANCE FUND,<br><br>Plaintiff,<br><br>v.<br><br>TRI CAP INTERNATIONAL, LLC,<br><br>Defendant. | Civil Action No.<br>2:20-cv-12857-KSH-CLW<br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1) |

TO: Clerk, United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

PLEASE TAKE NOTICE that, all claims asserted in this matter having been fully satisfied, plaintiffs, the Trustees of the Local 1964 I.L.A. Health & Insurance Fund, dismiss this action in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Defendant Tri Cap International, LLC has been served with process, and has not filed an answer or motion for summary judgment. Plaintiffs have not dismissed any other action based on or including the same claim or claims as those presented in this action.

STARR, GERN, DAVISON & RUBIN, PC
*Attorneys for Plaintiffs*

By: */s/ Richard T. Welch*
Richard T. Welch, Esq
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068
(973) 403-9200
(973) 226-0031 (fax)

March 2, 2020

SO ORDERED this day of March, 3 2021
s/Katharine S. Hayden
Hon. Katharine S. Hayden
United States District Judge